UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:09-CV-00385-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| APPROXIMATELY $345,762.38 SEIZED FROM NINE FINANCIAL ACCOUNTS AND ONE SAFETY DEPOSIT BOX, AND MISCELLANEOUS COUNTERFEIT ITEMS, ALL SUCH FUNDS AND ITEMS SEIZED DURING THE INVESTIGATION OF ELIZABETH LOPEZ, OMAR SALEM, DEALS DIRECT, INC., COMPUTERCITY.COM INC., DIRECT BUY, BUY DIRECT, THE COMPUTER WAREHOUSE, AND BUY DIRECT OUTLET, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER LIFTING STAY OF CIVIL FORFEITURE PROCEEDING**

This matter is before the Court on the Government's Motion to Lift Stay of Civil Forfeiture Proceeding. (Doc. No. 5). Having reviewed the Motion and the bases for lifting the stay as set forth in the Motion, the Court finds that the criteria of 18 U.S.C. § 983(g) warranting a stay of this civil forfeiture case are no longer met. IT IS THEREFORE ORDERED that the stay of this case is lifted.

Signed: October 19, 2010

Frank D. Whitney
United States District Judge