UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No. 3:09cv385

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>) **DEFAULT JUDGMENT**<br>APPROXIMATELY $345,762.38 SEIZED FROM )<br>NINE FINANCIAL ACCOUNTS AND ONE SAFETY )<br>DEPOSIT BOX, AND MISCELLANEOUS )<br>COUNTERFEIT ITEMS, ALL SUCH FUNDS AND )<br>ITEMS SEIZED DURING THE INVESTIGATION )<br>OF ELIZABETH LOPEZ, OMAR SALEM, DEALS )<br>DIRECT, INC., COMPUTERCITY.COM INC., )<br>DIRECT BUY, BUY DIRECT, THE COMPUTER )<br>WAREHOUSE, AND BUY DIRECT OUTLET. ) | |

THIS MATTER is before the Court on the government's Motion under Fed. R. Civ. P. 55(b)(2) for a Default Judgment of forfeiture against the Defendant Property (Doc. No. 10).

THE COURT FINDS THAT:

1. A verified Complaint for Forfeiture in rem of the Defendant Property was filed on September 8, 2009. This Court found probable cause for forfeiture and issued a warrant for arrest in rem.

2. Process was fully issued in this action and returned according to law. Pursuant to an Order and Warrant for Arrest in Rem, the government duly seized the Defendant Property. Service of process was made by certified mail and by internet publication of notice via www.forfeiture.gov on December 3, 2010 through January 1, 2011.

3. No person has filed a verified claim or an Answer within the time allowed by law, and the Clerk has accordingly entered Default.

4. Based on the affidavit of Special Agent Brian M. Boze of the United States Department of Homeland Security, United States Immigration and Customs Enforcement, filed with the Complaint, the government has shown that the Defendant Property constitutes or is derived from one or more violations of 18 U.S.C. § 371, 542, 545, 1341, 1343 and/or 2320, is facilitating property as described in 18 U.S.C. § 2320, is illegally made or trafficked goods as described in 18 U.S.C. § 2323, and/or is merchandise or the value of merchandise introduced into the United

States contrary to law as defined in 18 U.S.C. § 545 and that the Defendant Property is therefore subject to forfeiture as set forth in the Complaint pursuant to 18 U.S.C. §§ 545, 981, 984, and 2323, and other applicable law.

BASED ON THE FORGOING FINDINGS, THE COURT CONCLUDES that the government is entitled to a Judgment of Forfeiture by Default against the Defendant Property.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The government's Motion for Default Judgment of Forfeiture (Doc. No. 10) is hereby GRANTED.

2. Any and all right, title and interest of all persons in the world in or to the following property is hereby forfeited to the United States; and no other right, title or interest shall exist therein: approximately $345,762.38 seized from nine financial accounts and one safety deposit box, and miscellaneous counterfeit items, all such funds and items seized during the investigation of Elizabeth Lopez, Omar Salem, Deals Direct, Inc., ComputerCity.Com, Inc., Direct Buy, Buy Direct, The Computer Warehouse and Buy Direct Outlet and identified in the Complaint and in the attachments to the Complaint.

3. The United States is hereby directed to dispose of the forfeited Defendant Property as provided by law.

Signed: February 14, 2012

Frank D. Whitney
United States District Judge